TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00125-CV







Dan Huckabee, Appellant



v.



Carl W. Kemp and C. W. Kemp Co., Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT


NO. 93-15453, HONORABLE PETER M. LOWRY, JUDGE PRESIDING







PER CURIAM


 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and Kidd

Dismissed on Joint Motion

Filed: April 3, 1996

Do Not Publish